GILBERT R. SEROTA (No. 75305)
gserota@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:   415/434-1600
Facsimile:   415/677-6262

Attorneys for Defendant and Cross-Defendant
UBS AG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TRANS PACIFIC NATIONAL BANK,<br><br>  Plaintiff,<br><br>    v.<br><br>UBS AG; LINCOLN BENEFIT LIFE COMPANY, and DOES 1-15, inclusive,<br><br>  Defendants. | No. 09-CV-04617 SBA<br><br>Action Filed: August 24, 2009<br><br>STIPULATION AND ORDER FOR DISBURSEMENT OF FUNDS |

The parties to the above-entitled matter hereby stipulate and agree as follows:

WHEREAS, Plaintiff and Counterdefendant Trans Pacific National Bank ("Trans Pacific") brought the above entitled action in state court seeking to obtain the proceeds of the surrender value of a life insurance policy, Policy No. 01N1PO2369 ("the Policy"), issued by Defendant, Cross-Claimant, and Counterclaimant Lincoln Benefit Life Company ("Lincoln"), that had been assigned to Defendant and Cross-Defendant UBS AG ("UBS") as collateral for debts owed by John Bui to UBS;

WHEREAS, Lincoln removed the case to this Court and then deposited with this Court $3,297,649.85, which was the surrender value of the Policy, employing the interpleader process pursuant to 28 U.S.C. Section 2361;

WHEREAS, UBS filed a motion to dismiss Trans Pacific's complaint and, on June 9, 2010, this Court entered its Order Granting Defendant UBS AG's Motion to Dismiss dismissing all of Trans Pacific's claims against UBS with prejudice and without leave to amend;

WHEREAS, the parties agree that no claims remain before this Court concerning the disposition of the amount in interpleader;

WHEREAS, UBS AG is now entitled to the full surrender value of the Policy less any attorneys fees and expenses due to Lincoln; and

WHEREAS, Lincoln asserts a claim for $3,558.45 of attorneys fees and expenses for the interpleader pursuant to 28 U.S.C. Section 2361, which neither UBS nor Trans Pacific contest.

NOW THEREFORE, the parties seek an order as follow:

1. The Court shall and hereby does direct the Clerk of the Court to disburse the funds on deposit with the Court in this case as follows:

2. $3,558.45 by check made out to "Lincoln Benefit Life Company" and delivered to Andrea Anapolsky, of Seyfarth Shaw LLP, counsel of record for Lincoln.

3. All remaining funds on deposit in this case, including all interest earned on the funds on deposit, by check made out to UBS AG and delivered to Gilbert R. Serota, Howard

1  Rice Nemerovski et. al., counsel of record for UBS AG.

2      4.   Lincoln is hereby discharged from any and all liability on or arising out of: (a) the Policy; (b) the rights and obligations of the parties to this action with respect to the surrender value of the Policy.

    5.   The Policy is void and of no further force or effect and neither UBS nor Trans Pacific will initiate any other legal actions against Lincoln regarding the Policy.

SO STIPULATED.

DATED:  October 29, 2010.

GILBERT R. SEROTA
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, CA  94111-4024


By:    /s/ Gilbert R. Serota
        GILBERT R. SEROTA

Attorneys for Defendant and Cross-Defendant UBS AG

DATED:  October 29, 2010.

WALTER W. GOULDSBURY III
JEFFER MANGELS BUTLER & MITCHELL LLP
Two Embarcadero Center, Fifth Floor
San Francisco, CA  94111-3824


By:    /s/ Walter W. Gouldsbury III
        WALTER W. GOULDSBURY III

Attorneys for Plaintiff and Counter-Defendant TRANS PACIFIC NATIONAL BANK

DATED:  October 29, 2010.

PETER E. ROMO, JR.
ANDREA ANAPOLSKY
SEYFARTH SHAW LLP
560 Mission Street, Suite 3100
San Francisco, CA  94105


By:    /s/ Andrea Anapolsky
        ANDREA ANAPOLSKY

Attorneys for Defendant, Cross-Claimant, and Counterclaimant LINCOLN BENEFIT LIFE COMPANY

**GENERAL ORDER 45 ATTESTATION**

I, Gilbert R. Serota, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order for Disbursement of Funds. In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

DATED: October 29, 2010.

/s/ Gilbert R. Serota
GILBERT R. SEROTA

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 11/1/10

JUDGE SAUNDRA BROWN ARMSTRONG

W03 U01/M:\EFiling\09-04617 Trans Pacific (Bui)\102910\Stipulation and (Proposed) Order for Disbursement of Funds.DOC