GILBERT R. SEROTA (No. 75305)
gserota@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024
Telephone:    415/434-1600
Facsimile:    415/677-6262

Attorneys for Defendant and Cross-Defendant
UBS AG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TRANS PACIFIC NATIONAL BANK, | No. 09-CV-04617 SBA |
| Plaintiff, | FINAL JUDGMENT |
| v. | |
| UBS AG; LINCOLN BENEFIT LIFE COMPANY, and DOES 1-15, inclusive, | |
| Defendants. | |

This Court, having granted the motion filed by Defendant and Cross-Defendant UBS AG ("UBS") and dismissed the claims alleged by Plaintiff and Cross-Defendant Trans Pacific National Bank ("TPNB") against UBS without leave to amend; and UBS, TPNB, and Defendant, Cross-Claimant, and Counterclaimant Lincoln Benefit Life Company ("Lincoln") having stipulated for disbursement of all funds deposited in interpleader with the Court by Lincoln; and good cause appearing therefore:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that UBS AG and Lincoln Benefit Life Company shall have final judgment against Trans Pacific National Bank.

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that UBS AG shall recover its costs of suit.

DATED: November 1_, 2010.

*[signature]*
JUDGE SAUNDRA BROWN ARMSTRONG

Approved as to form:

DATED: October 29, 2010.

GILBERT R. SEROTA
HOWARD RICE NEMEROVSKI CANADY
   FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, CA  94111-4024

By: _____/s/ Gilbert R. Serota_____
        GILBERT R. SEROTA

Attorneys for Defendant and Cross-Defendant UBS AG

| | | |
|---|---|---|
| 1 | DATED: October 29, 2010. | WALTER W. GOULDSBURY III<br>JEFFER MANGELS BUTLER & MITCHELL LLP<br>Two Embarcadero Center, Fifth Floor<br>San Francisco, CA  94111-3824 |

By: _____/s/ Walter W. Gouldsbury III_____
　　　　　WALTER W. GOULDSBURY III

Attorneys for Plaintiff and Counterdefendant
TRANS PACIFIC NATIONAL BANK

DATED: October 29, 2010.　　PETER E. ROMO, JR.
ANDREA ANAPOLSKY
SEYFARTH SHAW LLP
560 Mission Street, Suite 3100
San Francisco, CA  94105

By: _____/s/ Andrea Anapolsky_____
　　　　　ANDREA ANAPOLSKY

Attorneys for Defendant, Cross-Claimant, and Counterclaimant LINCOLN BENEFIT LIFE COMPANY

**GENERAL ORDER 45 ATTESTATION**

I, Gilbert R. Serota, am the ECF User whose ID and password are being used to file this Final Judgment (Proposed).  In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

DATED: October 29, 2010.

_____/s/ Gilbert R. Serota_____
GILBERT R. SEROTA